IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 5: 07-MJ-09-12 (CWH) |
| MARC ANTHONY ADAMS, | RE: REMOVAL PROCEEDINGS<br>No. 1:07-CR-053-C-01 — N. D. Texas |
| Defendant | |

## ORDER OF REMOVAL

Defendant **MARC ANTHONY ADAMS** appeared before the undersigned on October 1, 2007, for a REMOVAL HEARING. He is charged in an INDICTMENT with POSSESSION OF A FIREARM AND AMMUNITION BY A CONVICTED FELON, in violation of 18 U.S.C. §922(g)(1) and §924(a)(2), alleged to have been committed in the **NORTHERN DISTRICT OF TEXAS, ABILENE DIVISION**.

After a hearing under provisions of Rules 5/40 of the Federal Rules of Criminal Procedure, the undersigned finds that the IDENTITY of said defendant has been admitted by the defendant. The court notes that defendant ADAMS is currently under a sentence of incarceration in this court; therefore, he is not subject to release from custody at this time.

ACCORDINGLY, the defendant is ordered REMOVED to the district of prosecution, and the United States Marshal (or such other authorized agency) is COMMANDED to take custody of the defendant and transport him with a certified copy of this commitment forthwith to the district of offense specified above and there deliver the defendant to the United States Marshal for that district or to some other officer authorized to receive him/her, all proceedings required by Rules 5/40 of the Federal Rules of Criminal Procedure having been completed.

SO ORDERED AND DIRECTED, this 19th day of OCTOBER, 2007.

**CLAUDE W. HICKS, JR.**
**UNITED STATES MAGISTRATE JUDGE**